Will County Produce Company, plaintiff in error, v. Joseph Freedman, defendant in error. Gen. No. 7,053.

Suit in justice of the peace court. Judgment for plaintiff. Error to the Circuit Court of Will county; the Hon. Dorrance Dibell, Judge,

presiding.  Heard in this court at the April term, 1922.  Affirmed. Opinion filed August 13, 1923.

Hjalmar Rehn, for plaintiff in error.  Daniel Harrington, for defendant in error.

Mr. Justice Jones delivered the opinion of the court.